IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV538-C

| | | |
|---|---|---|
| CHARLES DUKE and AERIAL SOLUTIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| ROLLS-ROYCE CORPORATION, ROLLS-ROYCE NORTH AMERICA INC., STANDARD AERO INC., and STANDARD AERO LIMITED, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on "Motion to Admit Pro Hac Vice" (document #20) filed April 11, 2006, requesting admission of Attorney Edward J. McMurrer to represent Defendants Standard Aero Inc., and Standard Aero Limited. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 12, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge