UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:05CV538

| | |
|---|---|
| CHARLES DUKE and<br>AERIAL SOLUTIONS, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>ROLLS-ROYCE CORPORATION,<br>ROLLS-ROYCE NORTH AMERICA INC.,<br>STANDARD AERO INC., and<br>STANDARD AERO LIMITED,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on "Motion to Admit Pro Hac Vice" (document #22) filed May 17, 2006, requesting admission of Attorney Richard E. Genter to represent plaintiff Charles Duke. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

              Signed: May 18, 2006

              _____
              Carl Horn, III
              United States Magistrate Judge