# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05CV538-W

| | |
|---|---|
| **CHARLES DUKE and AERIAL SOLUTIONS, INC.,** ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **ORDER** |
| **ROLLS-ROYCE CORPORATION, ROLLS-ROYCE NORTH AMERICA, INC., STANDARD AERO, INC., and STANDARD AERO LIMITED,** ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the "Motion[s] to Appear as Counsel Pro Hac Vice" (documents ##45, 46, and 47), all filed February 28, 2007, requesting respectively the admission of Attorneys Lauren M. London, Daniel J. Stephenson, and Brittany M. Schultz to represent the Defendants Rolls-Royce Corporation and Rolls-Royce North America, Inc. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: February 28, 2007

Carl Horn, III
United States Magistrate Judge