# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV538

| | |
|---|---|
| CHARLES DUKE and <br> AERIAL SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROLLS-ROYCE CORPORATION, <br> ROLLS-ROYCE NORTH AMERICA INC., <br> STANDARD AERO INC., and <br> STANDARD AERO LIMITED, <br><br> Defendants. | **CONSENT ORDER** |

Upon consideration of the Consent Motion filed by the parties on April 26, 2007, and otherwise for good cause shown, it is hereby **ORDERED** and **DECREED** as follows:

1. That the stay in this case is lifted;

2. That plaintiff Charles Duke, plaintiff Aerial Solutions, Inc. and defendants Standard Aero, Inc. and Standard Aero Limited are hereby granted an extension of time until Friday, May 25, 2007 to respond to defendants Rolls-Royce Corporation and Rolls-Royce North America, Inc.'s Motion to Transfer filed pursuant to U.S.C. § 1404; and

3. The Motion to Consolidate filed by defendants Rolls-Royce Corporation, Inc. and Rolls-Royce North America, Inc. is granted and Civil Action Nos. 3:05cv538 and 3:07cv0007 will be consolidated in accordance with this Court's rules and procedures governing consolidation.

4. Civil Action No. 3:05CV538 shall be the lead case.

**SO ORDERED**.

Signed: April 27, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge