UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHARLES DUKE and AERIAL SOLUTIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:05CV538 |
| v. | ) ) ) | |
| ROLLS-ROYCE CORPORATION, ROLLS-ROYCE NORTH AMERICA, INC., STANDARD AERO INC. and STANDARD AERO LIMITED, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AERIAL SOLUTIONS, INC., | ) ) | Civil Action No. 3:07CV0007 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| ALLISON ENGINE COMPANY, INC., d/b/a ROLLS-ROYCE ALLISON; ALLISON ENGINE COMPANY; GENERAL MOTORS CORPORATION; and GENERAL MOTORS CORPORATION ALLISON GAS TURBINE, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

FOR GOOD CAUSE SHOWN it is hereby ORDERED that Joseph M. West is hereby admitted *pro hac vice* to the United States District Court for the Western District of North Carolina for the purpose of appearing as counsel for Defendants Rolls-Royce Corporation; Rolls-Royce North America, Inc.; Allison Engine Company, Inc., d/b/a Rolls-Royce Allison; Allison Engine Company; General Motors Corporation; and General Motors Corporation Allison Gas Turbine in the above-captioned matters.

**SO ORDERED**.

Signed: September 28, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge