UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF NORTH CAROLINA

Case No.: 3:05 CV 538

| | |
|---|---|
| CHARLES DUKE and AERIAL SOLUTIONS, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ROLLS-ROYCE CORPORATION, ROLLS-ROYCE NORTH AMERICA INC., STANDARD AERO INC., and STANDARD AERO LIMITED, | ) ) ) ) ) |
| Defendants. | ) ) |

ORDER ADMITTING
STEVEN E. SPRINGER *PRO HAC VICE*

**THIS MATTER** is before the court on the Motion to Admit *pro hac vice* Steven E. Springerfor purposes of representing Defendants Standard Aero Inc., and Standard Aero Limited in this case. It appearing that Steven E. Springer of the firm of Kightlinger & Gray, L.L.P. of Indianapolis, Indiana are members in good standing with the Indiana State Bar and that they will be appearing with a member in good standing with the Bar of this court, to wit: Ned A. Stiles and the law firm of Stiles Byrum and Horne, L.L.P., the court enters the following Order:

{SBH:302360.}

# ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Admit *pro hac vice* Steven E. Springer is **GRANTED** and Steven E. Springer is **ADMITTED** to practice before the Bar of this Court in this case as counsel for Defendants Standard Aero Inc., and Standard Aero Limited with local counsel Ned A. Stiles; Steven E. Springer shall remit to the Clerk of this court the required special admission fee of $100.00 within ten (10) days of entry, if such fees have not already been paid.

**SO ORDERED**.

Signed: October 5, 2007

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

{SBH:302360.}