UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| CHARLES DUKE and AERIAL SOLUTIONS, INC., | ) ) ) | Case No. 3:05CV538 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DEFENDANTS' RESPONSE TO PLAINTIFF AERIAL SOLUTIONS, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO STREAMLINE PARTIES** |
| ROLLS-ROYCE CORPORATION, ROLLS-ROYCE NORTH AMERICA INC., STANDARD AERO INC., and STANDARD AERO LIMITED, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| | ) | Case No. 03:07CV007 |
| AERIAL SOLUTIONS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALLISON ENGINE COMPANY, INC. d/b/a ROLLS-ROYCE ALLISON; ALLISON ENGINE COMPANY; GENERAL MOTORS CORPORATION; and GENERAL MOTORS CORPORATION ALLISON GAS TURBINE, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

NOW COME Defendants Rolls Royce Corporation; Rolls Royce North America, Inc.; Allison Engine Company, Inc., d/b/a Rolls-Royce Allison; Allison Engine Company; General Motors Corporation; and General Motors Corporation Allison Gas Turbine (the "Rolls Royce Defendants"), by and through counsel, respectfully submit their response to Plaintiff Aerial Solutions Inc.'s Brief in Support of Motion for Leave to File an Amended Complaint and to Streamline Parties.

Plaintiff Aerial Solutions Inc.'s Brief in Support of Motion for Leave to File an Amended Complaint and to Streamline Parties is not opposed. However, the Rolls Royce Defendants' lack of opposition to the Motion does not constitute acceptance of either the stated bases for Plaintiff's Motion to Amend or of the allegations in Plaintiff's proposed Amended Complaint.

This the 15th day of October, 2007.

/s/ Jack M. Strauch
Jack M. Strauch, N. C. State Bar No. 22341
Attorney for Rolls-Royce Corporation and
Rolls-Royce North America Inc.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for Rolls Royce Corporation; Rolls Royce North America, Inc.; Allison Engine Company, Inc., d/b/a Rolls-Royce Allison; Allison Engine Company; General Motors Corporation; and General Motors Corporation Allison Gas Turbine America Inc., and is a person of such age and discretion as to be competent to serve process.

That on October 15, 2007, he served a copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF AERIAL SOLUTIONS, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO STREAMLINE PARTIES** via electronic filing or, if not an electronic filer, by placing said copy in a postage prepaid envelope addressed to counsel of record hereinafter named and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

Attorneys for Plaintiff Charles Duke
Richard E. Genter         Richard@genterlaw.com; lois@genterlaw.com
Rodney Dean               rdean@deanandgibson.com; chewitt@deanandgibson.com
Susan L. Hofer            shofer@deanandgibson.com; lseals@deanandgibson.com

Attorneys for Plaintiff Aerial Solutions, Inc.
Barbara J. Dean           bdean@deanandgibson.com
Rodney Dean               rdean@deanandgibson.com; chewitt@deanandgibson.com
Susan L. Hofer            shofer@deanandgibson.com; lseals@deanandgibson.com

Attorneys for Defendants Rolls-Royce Corporation and Rolls-Royce North America, Inc.
Brittany Melissa Schultz    bschultz@dykema.com, lowens@dykema.com
Daniel J. Stephenson        dstephenson@dykema.com
Lauren Madeleine London     llondon@dykema.com

Attorneys for Defendants Standard Aero Inc. and Standard Aero Limited
Edward James McMurrer     edward.mcmurrer@mendes.com
Ned A. Stiles             nstiles@sbhlaw.net
Sarah Beth Crotts         scrotts@sbhlaw.net jpickrell@sbhlaw.net

Attorneys for Defendants Allison Engine Company and Allison Engine Company, Inc.
Brittany Melissa Schultz         bschultz@dykema.com, lowens@dykema.com

Attorneys for Defendant Rolls-Royce Allison
Brittany Melissa Schultz    bschultz@dykema.com, lowens@dykema.com

Attorneys for Consol Defendants Allison Engine Company, Inc. d/b/a Rolls-Royce Allison, Allison Engine Company, General Motors Corporation, General Motors Corporation Allison Gas Turbine Division
Brittany Melissa Schultz  bschultz@dykema.com, lowens@dykema.com
Daniel J. Stephenson  dstephenson@dykema.com
Lauren Madeleine London  llondon@dykema.com

/s/ Jack M. Strauch
Jack M. Strauch, N. C. State Bar No. 22341
Attorney for Rolls-Royce Corporation and Rolls-Royce North America Inc.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660